[852 NYS2d 886]—

Same memorandum as in *Local No. 4, Intl. Assn. of Heat & Frost & Asbestos Workers v Buffalo Wholesale Supply Co., Inc.* (49 AD3d 1276 [2008]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.

DOLORES ROCCO, as Personal Representative of THOMAS ROCCO and Another, on Behalf of Themselves and All Others Active, Retired and Vested Participants and Their Surviving Spouses and Estates of the Brewery Fund Pension Plan Who Were Denied Benefits Under the New York State Teamsters Conference Pension and Retirement Plan from on or about August 12, 1973, Appellants, v PENSION PLAN OF NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND et al., Respondents. [853 NYS2d 519]—

Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD A. FERGUSON, Appellant. (Appeal No. 1.) [852 NYS2d 887]—

Present—Hurlbutt, J.P., Lunn, Fahey, Peradotto and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD A. FERGUSON, Appellant. (Appeal No. 2.) [852 NYS2d 887]—